# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER 8 WORLDWIDE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PRAVINKUMAR GANDHI, et al., <br><br> Defendants. | Case No. 1:20-mc-00092-SAB <br><br> ORDER DIRECTING CLERK OF THE COURT TO CORRECT SPELLING OF NAMES OF DEFENDANTS ON THE DOCKET <br><br> (ECF No. 3) |

On October 15, 2020, a foreign judgment against Pravinkumar Gandhi and Madhukanta P. Pahdhi was filed in the Eastern District of California. (ECF No. 1.) On October 19, 2020, the judgment was refiled on the docket with a request to correct the spelling of the names of the defendants. (ECF No. 3.)

Accordingly, the Clerk of the Court is HEREBY DIRECTED to correct the docket to reflect the correct spelling of Defendants' names, Pravinkumar Gandhi and Madhukanta P. Gandhi.

IT IS SO ORDERED.

Dated:  **October 20, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1